WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe DH, | No. CV-23-00759-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Scottsdale Inns LLC, *et al.*, | |
| Defendants. | |

On September 30, 2025, Defendant Wyndham Hotels & Resorts, Inc ("Wyndham") filed its Motion for Summary Judgment (Doc. 120). Under a separate filing, Wyndham filed its Statement of Facts (Doc. 122) that referenced exhibits "under seal" but did not include redacted versions of those exhibits. Instead, Wyndham lodged those exhibits under seal. (Doc. 123.)

In its Order dated October 2, 2025, the Court found compelling reasons to seal the exhibits that Wyndham lodged, which were subsequently filed under seal at docket entry 136. Still, sealing documents "does not relieve [Wyndham] from filing redacted versions of those documents on the docket for the benefit of the public." (Doc. 135 at 2.) Wyndham was ordered to refile its Statement of Facts onto the public docket with redacted versions of the sealed exhibits no later than October 7, 2025. (*Id*. at 3.) Wyndham was permitted to redact *only* the information that relates to the Plaintiff's identity and Defendants' confidential and proprietary business information. (*Id*. at 2.)

. . .

1    On October 7, 2025, Wyndham filed its Statement of Facts under seal without any exhibits attached at all. This was precisely the opposite of what Wyndham was ordered to do. No later than October 14, 2025, Wyndam must refile onto the public docket (*e.g.*, not under seal) the Statement of Facts that was originally filed at docket entry 122, ***with redacted*** versions of the exhibits referenced by the Statement of Facts that were filed under seal at docket entry 136.

**IT IS THEREFORE ORDERED** that, no later than **October 14, 2025**, Defendant Wyndham Hotels & Resorts, Inc. shall refile onto the public docket its Statement of Facts originally located at docket entry 122 with ***redacted*** versions of the sealed exhibits attached thereto.

**IT IS FURTHER ORDERED** that this Order does not toll Plaintiff's time to respond to Defendant Wyndham Hotels & Resorts, Inc's filings.

Dated this 10th day of October, 2025.

Honorable John J. Tuchi
United States District Judge

- 2 -